ACCEPTED
03-15-00727-CR
12914007
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/27/2016 8:46:53 AM
JEFFREY D. KYLE
CLERK



# DISTRICT ATTORNEY'S OFFICE

### 33rd & 424th Judicial Districts
### COUNTIES OF
### BLANCO • BURNET • LLANO • SAN SABA

## Wiley B. McAfee

### District Attorney

1701 E. Polk Street, Burnet, TX 78611 • P. O. Box 725, Llano, TX 78643
(325)247-5755 • (512)756-5449 • w.mcafee@co.llano.tx.us

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/27/2016 8:46:53 AM
JEFFREY D. KYLE
Clerk

September 27, 2016

Mr. Jeffery D. Kyle
Clerk of Court of Appeals
P. O. Box 12457
Austin, TX 78711

Re:    Case No. 03-15-00727-CR; Juan Jose Ramirez, Sr. v. The State of Texas
       Appeal from Cause No. 41984 in the 424th District Court of Burnet County

Dear Mr. Kyle:

        In as much as I received notice through the efile system that appellant's counsel, Mr. Daniel H. Wannamaker, could not be served with notice of the filing of the Brief for Appellee, please accept this as my certificate of service that I have served Mr. Wannamaker with a copy of the Brief for Appellee directly through his email.

                                   Sincerely,

                                   Gary W. Bunyard
                                   Assistant District Attorney

cc:    Daniel Wannamaker
       via email